IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Soto,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>　　　　Defendants. | No. CV-14-1323-PHX-SMM (DMF)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to Magistrate Judge Deborah M. Fine. (Docs. 10, 35.) On October 23, 2015, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 75.) To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."

Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge. (Doc. 75.)

**IT IS FURTHER ORDERED** that the Clerk of Court dismiss Defendants Rodriguez and Ramirez from this case for Plaintiff's failure to serve these Defendants within the time required by the Court. (Doc. 10.)

DATED this 14th day of December, 2015.

_____
Stephen M. McNamee
Senior United States District Judge